UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DEMARCUS T. YOUNG #753683,

        Plaintiff,                                     Case No. 2:18-CV-204

v.                                                 HON. GORDON J. QUIST

S. NEWCOMB,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a civil rights action brought by state prisoner, Demarcus T. Young, pursuant to 42 U.S.C. § 1983.  On July 22, 2020, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R), recommending that the Court grant Defendant's motion for summary judgment. (ECF No. 46.)  Plaintiff has filed an objection. (ECF No. 47.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "a party may serve and file specific written objections to the proposed findings and recommendations" of a magistrate judge. "The objections must be clear enough to enable the district court to discern those issues that are dispositive and contentious." *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995) (citing *Howard v. Sec'y of Health & Human Servs*., 932 F.2d 505, 508–09 (6th Cir. 1991)). A general objection that fails to specify the issues in contention equates to no objection. *Id.*

Plaintiff's objection appears to be a general objection that amounts to no objection. Plaintiff first states that there is "a genuine issue of material fact as to Defendant Newcomb's first alleged adverse action." (ECF No. 47 at PageID.515.)  He next states that there is "a genuine issue of material [fact] relating to his claim that he was fired." (*Id.* at PageID.516.)  Plaintiff, however,

does not offer any explanation as to why there is a genuine issue of material fact or identify any issue with the magistrate judge's analysis.  "[A]n objection that does nothing more than state a disagreement with the magistrate's suggested resolution, or simply summarizes what has been presented before, is not an 'objection' as that term is used in the context of Federal Rule of Civil Procedure 72." *Brown v. City of Grand Rapids*, No. 16-2433, 2017 WL 4712064, at *2 (6th Cir. June 16, 2017).  Furthermore, the Court has reviewed the magistrate judge's analysis and agrees that there are no genuine issues of material fact. Therefore, the Court will adopt the R & R.

**Accordingly, IT IS HEREBY ORDERED** that the July 22, 2020, Report and Recommendation (ECF No. 46) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 40) is **GRANTED** for the reasons set forth in the R & R.  Therefore, Plaintiff's claim is **dismissed with prejudice**.

This case is **concluded**.

A separate judgment will enter.


Dated: September 28, 2020                           /s/ Gordon J. Quist
                                                  _____
                                                        GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE